# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128586

RONALD WARD,
       Plaintiff-Appellee,

v

                                      SC: 128586
                                      COA: 250174

DR. SHARON ROONEY-GANDY,
D.O.,
       Defendant-Appellant.                 Jackson CC: 03-001492-NH

_____/

On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals and REINSTATE the order of the Jackson Circuit Court dismissing plaintiff's complaint with prejudice for the reasons stated in the Court of Appeals dissent.

KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

                                      Clerk

11102